UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KAMERON HUCKLEBY, | ) |
| Plaintiff, | ) No. 1:25-cv-06469 |
| v. | ) Hon. Jeremy C. Daniel |
| | ) District Judge |
| CITY OF CHICAGO, et al., | ) |
| Defendants. | ) |

**INITIAL JOINT STATUS REPORT**

Defendants City of Chicago, Danielle Clifford, Kristen Daniel, and Andrew Stewart, by and through one of their attorneys, Jahnee' Hughes, Assistant Corporation Counsel, and Plaintiff Kameron Huckleby, hereby submit the following report of parties' planning meeting pursuant to this Court's order (ECF No. 17):

**1. Description of Claims and Relief Sought**

   **a. Describe the claims and defenses raised by the pleadings, including the basis for federal jurisdiction.**

   Plaintiff seeks redress pursuant to 42 U.S.C. § 1983 for alleged violations of his constitutional rights. He alleges he was falsely arrested in violation of the Fourth Amendment and maliciously prosecuted under state law. This court has original jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343. Venue is proper under 28 U.S.C. § 1391(b) because all defendants reside in the Northern District of Illinois and the events giving rise to this action occurred in this district. There is supplemental jurisdiction over the state law claims.

   **b. State the relief sought, including an itemization of damages**

   Plaintiff seeks compensatory and punitive damages.

1

2. **Referral Cases**

   This case was referred for discovery supervision (including setting all deadlines, resolution of any discovery motion, and resolution of any motion to stay discovery) and settlement matters.

3. **Discovery Schedule**

   a. **The deadline for Fed. R. Civ. P. 26(a)(1) disclosures**

   The parties propose October 31, 2025.

   b. **A date to issue written discovery requests**

   The parties propose November 21, 2025.

   c. **A fact discovery completion date**

   Defendants propose March 20, 2026.
   Plaintiff proposes December 30, 2025.

   d. **Expert Discovery**

   Defendants do not anticipate that this case will require expert discovery. However, defendants request to extend the time to set an expert discovery date a month or two before the close of fact discovery.

4. **Consideration of Issues Concerning ESI**

   To the best of our knowledge, discovery may encompass ESI. The parties do not anticipate any issues regarding disclosure or discovery at this time.

5. **Settlement**
   a. **Describe the status of any settlement discussions**

   The parties have not engaged in any settlement discussions.

   b. **State whether the parties believe a settlement conference would be productive at this time, and if not, briefly explain why**

Defendants do not believe a settlement conference would be productive at this time. Defendants do not currently have authority to settle this matter.

**6. Magistrate Judge Consent**

The parties do not consent to have Judge Appenteng conduct all further proceedings at this time.

**7. Pending Motions**

There are no pending motions at this time.

**8. Trial**

Defendants request a trial by jury and request that the Court set a trial date a month or two before the close of fact discovery. Defendants anticipate trial to be approximately 3-4 days.

Plaintiff requests a bench trial and requests that the Court set a trial date a month or two before the close of fact discovery.

**9. Other Matters**

None at this time.

Dated: September 22, 2025                                    Respectfully Submitted,

                                                                                 CITY OF CHICAGO, ANDREW STEWART, DANIELLE CLIFFORD, and KRISTEN DANIELS

                                                                                 By: */s/* Jahnee' Hughes
                                                                                       Jahnee' Hughes

Jahnee' Hughes, Assistant Corporation Counsel
David Condron, Assistant Corporation Counsel Supervisor
City of Chicago Department of Law
Federal Civil Rights Litigation Division
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
312-742-9298 (Hughes)
Jahnee.Hughes2@cityofchicago.org